SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
SEP 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:15-SW-0533 AC
11 | OF THE UNITED STATES OF AMERICA
   | TO SEARCH one Seagate hard drive with serial
12 | number 5PK4ANFG, one Kensington thumb | [PROPOSED] ORDER RE: REQUEST TO SEAL
   | drive with model number K33085, one Sabrent | DOCUMENTS
13 | external hard drive with model number ECUST-
   | 25, one Sony multi-card reader/writer with | **UNDER SEAL**
14 | model number MRW62E-T, one Samsung
   | Galaxy III cellular phone with serial number
15 | R81D8109JSL, one Budget Mobile cellular
   | phone of model Breeze III FCC:
16 | 2ACLMFB201A, one Toshiba Ultrabook laptop
   | computer with serial number 6E194149C, one
17 | Hewlett Packard (HP) ProBook with serial
   | number CND0400075, one Hewlett Packard
18 | (HP) ProBook with serial number
   | CND0140Z3X, one T-Mobile Samsung SIII
19 | cellular phone with a cracked screen (white
   | color), one ZTE mobile phone (black), one
20 | Attache black thumb drive, one SanDisk
   | MobileMate SD black and silver thumb drive,
21 | one MetroPCS Coolpad phone with IMEI
   | number 99000215215327, and one Compaq
22 | Presario laptop with serial number 584037-001,
   | CURRENTLY LOCATED AT the Postal
23 | Inspection Service, Sacramento Domicile

24

25                          **SEALING ORDER**

26      Upon application of the United States of America and good cause having been shown,

27      IT IS HEREBY ORDERED that the search warrant, application, search warrant affidavit

28 underlying the search warrant, and its attached exhibit, all in the above-entitled proceeding, shall be filed

SEALING ORDER                               1

under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 9/25/15

Hon. Allison Claire
U.S. MAGISTRATE JUDGE