PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: one Seagate hard drive with serial number 5PK4ANFG, one Kensington thumb drive with model number K33085, one Sabrent external hard drive with model number ECUST-25, one Sony multi-card reader/writer with model number MRW62E-T, one Samsung Galaxy III cellular phone with serial number R81D8109JSL, one Budget Mobile cellular phone of model Breeze III FCC: 2ACLMFB201A, one Toshiba Ultrabook laptop computer with serial number 6E194149C, one Hewlett Packard (HP) ProBook with serial number CND0400075, one Hewlett Packard (HP) ProBook with serial number CND0140Z3X, one T-Mobile Samsung SIII cellular phone with a cracked screen (white color), one ZTE mobile phone (black), one Attache black thumb drive, one SanDisk MobileMate SD black and silver thumb drive, one MetroPCS Coolpad phone with IMEI number 99000215215327, and one Compaq Presario laptop with serial number 584037-001, CURRENTLY LOCATED AT the Postal Inspection Service, Sacramento Domicile | CASE NO. 2:15-SW-0533 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

FILED
JUN 26 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

**[Remainder of Page Left Intentionally Blank]**

1    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
2 ordered unsealed.

3    Dated: 6-26-2017          _____
4                              The Honorable Edmund F. Brennan
                               UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS